| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Ripple, Kenneth F | 2. Court or Organization<br><br>Court of Appeals - 7th Circuit | 3. Date of Report<br><br>5/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination Date<br><br>○ Initial ◉ Annual ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br><br>204 S. Main, Room 208<br><br>South Bend, IN 46601-2172 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part
> where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. See Section VIII, Part I | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | See Section VIII, Part II |

RECEIVED 2005 MAY 11 A 11:29 FINANCIAL DISCLOSURE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Part-time teaching-University of Notre Dame | 20,019 |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Erica's Craft & Sewing Center-part time employment, sales and teaching |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Pepperdine University, Malibu, CA | 1/1-5/04 - Judicial Clerkship Institute Speaker (transportation, food and lodging) |

V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | See Section VIII, Part V | |

VI LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Key Bank, So. Bend, IN, savings & checking acct. combined | A | Interest | J | T | Withdrawal & Closed | 12/20 | J | | |
| 2. Key Bank, So. Bend, IN IRA - CD | A | Interest | J | T | | | | | |
| 3. Key Bank, So. Bend, IN - IRA-CD | A | Interest | J | T | | | | | |
| 4. Dreyfus Fund - IRA (Dreyfus Liquid Assets, Inc.) | A | Dividend | K | T | | | | | |
| 5. Notre Dame FCU, Notre Dame, IN savings & checking account | A | Interest | J | T | | | | | |
| 6. U.S. Savings Bonds | | None | J | T | | | | | |
| 7. UND TIAA/CREF Retirement Fund | D | Dividend | N | T | | | | | |
| 8. Dreyfus Intermediate Municipal Bond Fund | B | Dividend | L | T | | | | | |
| 9. Vanguard Municipal Bond Fund Intermediate | A | Dividend | | | Sold | 10/15 | J | | |
| 10. Loan to John Driscoll to assist in paying mortgage | | None | J | T | | | | | |
| 11. TIAA/CREF Growth Equity Fund | | Dividend | | | Sold | 10/15 | J | | |
| 12. TIAA/CREF Managed Allocation Fund | A | Dividend | | | Sold | 10/15 | J | | |
| 13. Key Bank, South Bend, IN checking | A | Interest | | | Withdrawal & Closed | 12/15 | L | | |
| 14. Rental Property, South Bend, IN | | None | | | Sold | 8/31 | L | A | Donald Urbanski |
| 15. Prudential Insurance Policy #1 | A | Dividend | J | T | | | | | |
| 16. Prudential Insurance Policy #2 | A | Dividend | K | T | | | | | |
| 17. Conseco Whole Life Insurance Policy #1 | | None | J | T | | | | | |
| 18. Conseco Whole Life Insurance Policy #2 | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes:  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | Traveler's Life Insurance Policy | | None | J | T | | | | | |
| 20. | Trust #3 (VRFT XK) | B | Div/Int | | | | | | | |
| 21. | -Key Trust Tax Free Money Market Fund-TXMMP | . | | | | Withdrawal & Closed | 7/28 | N | | |
| 22. | -Key Trust Tax Free Money Market Fund -TXMMF | | | | | Withdrawal & Closed | 7/28 | J | | |
| 23. | Key Advantage Money Market Checking | | None | J | T | | | | | |
| 24. | Key Advantage Money Market | A | Interest | K | T | | | | | |
| 25. | Trust #5 | C | Div/Int | N | T | | | | | |
| 26. | -Aegis Value Fund Inc. | | | | | Purchased | 7/16 | J | | |
| 27. | -AMCAP Fund A #2 | | | | | Purchased | 7/19 | K | | |
| 28. | -Dodge & Cox Stock Fund | | | | | Purchased | 7/19 | K | | |
| 29. | -Morgan Stanley Instl Intl Eq-A | | | | | Purchased | 7/19 | J | | |
| 30. | -Units In Income Equity Fund of 1st Source Bank | | | | | Purchased | 8/5 | K | | |
| 31. | -Units in Tax Exempt Fund of 1st Source Bank | | | | | Purchased | 8/5 | K | | |
| 32. | -Units In Intermediate Tax Exempt Fund of 1st Source Bank | | | | | Purchased | 8/5 | K | | |
| 33. | -Aegis Value Fund Inc. | | | | | Purchased | 8/31 | J | | |
| 34. | -AMCAP Fund A #2 | | | | | Purchased | 9/1 | J | | |
| 35. | -Dodge & Cox Stock Fund | | | | | Purchased | 9/1 | J | | |
| 36. | -Morgan Stanley Instl Intl Eq-A | | | | | Purchased | 9/1 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | -Units in Income Equity Fund of 1st Source Bank | | | | | Purchased | 9/7 | J | | |
| 38. | -Units In Tax Exempt Fund of 1st Source Bank | | | | | Purchased | 9/7 | K | | |
| 39. | -Units In Intermediate Tax Exempt Fund of 1st Source Bank | | | | | Purchased | 9/7 | K | | |
| 40. | -J.P. Morgan Premier Tax Free Money Market Fund #92 | | | | | Purchased | 9/30 | N | | |
| 41. | -J.P. Morgan Premier Tax Free Money Market Fund #92 | | | | | Sold | 9/30 | M | | |
| 42. | -Aegis Value Fund Inc. | | | | | Purchased | 10/13 | J | | |
| 43. | -AMCAP Fund A #2 | | | | | Purchased | 10/14 | J | | |
| 44. | -Dodge & Cox Stock Fund | | | | | Purchased | 10/14 | J | | |
| 45. | -Morgan Stanley Instl Intl Eq-A | | | | | Purchased | 10/14 | J | | |
| 46. | -Units In Income Equity Fund of 1st Source Bank | | | | | Purchased | 11/4 | J | | |
| 47. | -Units In Tax Exempt Fund of 1st Source Bank | | | | | Purchased | 11/4 | J | | |
| 48. | -Units In Intermediate Tax Exempt Fund of 1st Source Bank | | | | | Purchased | 11/4 | J | | |
| 49. | -Aegis Value Fund Inc. | | | | | Purchased | 11/17 | J | | |
| 50. | -AMCAP Fund A #2 | | | | | Purchased | 11/18 | J | | |
| 51. | -Dodge & Cox Stock Fund | | | | | Purchased | 11/18 | J | | |
| 52. | -Morgan Stanley Instl Intl Eq-A | | | | | Purchased | 11/18 | J | | |
| 53. | -Units In Income Equity Fund of 1st Source Bank | | | | | Purchased | 12/6 | J | | |
| 54. | -Units In Tax Exempt Fund of 1st Source Bank | | | | | Purchased | 12/6 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | F4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. -Units In Intermediate Tax Exempt Fund of 1st Source Bank | | | | | Purchased | 12/6 | J | | |
| 56. -J.P. Morgan Premier Tax Free Money Market Fund #92 | | | | | Purchased | 12/31 | J | | |
| 57. -AMCAP Fund A #2 | | | | | Sold | 12/6 | J | A | |
| 58. -Morgan Stanley Instl Intl Eq-A | | | | | Sold | 12/28 | J | B | |
| 59. -Aegis Value Fund Inc. | | | | | Sold | 12/29 | J | A | |
| 60. J.B. Morgan Premier Tax Free Money Market Fund #92 | | | | | Sold | 12/31 | L | | |
| 61. -Dodge & Cox Stock Fund | | | | | Sold | 12/31 | J | A | |
| 62. Trust #6 | C | Div/Int | N | T | | | | | |
| 63. -Aegis Value Fund Inc. | | | | | Purchased | 8/6 | J | | |
| 64. -AMCAP Fund A #2 | | | | | Purchased | 8/6 | K | | |
| 65. -Dodge & Cox Stock Fund | | | | | Purchased | 8/6 | K | | |
| 66. -Morgan Stanley Instl Intl Eq-A | | | | | Purchased | 8/6 | J | | |
| 67. -Units In Income Equity Fund of 1st Source Bank | | | | | Purchased | 9/7 | J | | |
| 68. -Units In Tax Exempt Fund of 1st Source Bank | | | | | Purchased | 9/7 | K | | |
| 69. -Units In Intermediate Tax Exempt Fund of 1st Source Bank | | | | | Purchased | 9/7 | K | | |
| 70. -J.P. Morgan Premier Tax Free Money Market Fund #92 | | | | | Purchased | 9/30 | N | | |
| 71. -J.P. Morgan Premier Tax Free Money Market Fund #92 | | | | | Sold | 9/30 | M | | |
| 72. -Aegis Value Fund Inc. | | | | | Purchased | 10/13 | J | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. -AMCAP Fund A #2 | | | | | Purchased | 10/14 | J | | |
| 74. -Dodge & Cox Stock Fund | | | | | Purchased | 10/14 | J | | |
| 75. -Morgan Stanley Instl Intl Eq-A | | | | | Purchased | 10/14 | J | | |
| 76. -Units In Income Equity Fund of 1st Source Bank | | | | | Purchased | 11/4 | J | | |
| 77. -Units In Tax Exempt Fund of 1st Source Bank | | | | | Purchased | 11/4 | J | | |
| 78. -Units In Intermediate Tax Exempt Fund of 1st Source Bank | | | | | Purchased | 11/4 | J | | |
| 79. -Aegis Value Fund Inc. | | | | | Purchsed | 11/17 | J | | |
| 80. -AMCAP Fund A #2 | | | | | Purchased | 11/18 | J | | |
| 81. -Dodge & Cox Stock Fund | | | | | Purchased | 11/18 | J | | |
| 82. -Morgan Stanely Instl Intl Eq-A | | | | | Purchased | 11/18 | J | | |
| 83. - Units In Income Equity Fund of 1st Source Bank | | | | | Purchased | 12/6 | J | | |
| 84. -Units In Tax Exempt Fund of 1st Source Bank | | | | | Purchased | 12/6 | J | | |
| 85. -Units In Intermediate Tax Exempt Fund of 1st Source Bank | | | | | Purchased | 12/6 | J | | |
| 86. -J.P. Morgan Premier Tax Free Money Market Fund #93 | | | | | Purcahsed | 12/31 | L | | |
| 87. -AMCAP Fund A #2 | | | | | Sold | 12/6 | | A | |
| 88. -Morgan Stanley Instl Intl Eq-A | | | | | Sold | 12/28 | | A | |
| 89. -Aegis Value Fund Inc. | | | | | Sold | 12/29 | | A | |
| 90. -J.P. Morgan Premier Tax Free Money Market Fund #92 | | | | | Sold | 12/31 | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. -Dodge & Cox Stock Fund | | | | | Sold | 12/31 | | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ripple, Kenneth F | 5/10/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report)

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS

I. Positions

Part-time Professor of Law, University of Notre Dame (joined faculty in 1977; part-time since appointment to Judiciary).

As a faculty member, Judge Ripple is entitled to purchase tickets to athletic events at a discount, to receive a twenty percent discount at the University bookstore on some items and a ten percent discount on others, and to use other University facilities such as the library and athletic facilities. He is also a member of the University Club and pays the dues required of any member of the faculty. The Law School provides Judge Ripple with Westlaw and Lexis services for his academic needs.

II. Agreement

1. TIAA/CREF Pension Fund - Prior to his appointment, Judge Ripple was a full-time employee of the University of Notre Dame. Both he and the University contributed on his behalf to this nation-wide pension fund for university teachers during those years (1977-1985). The fund is administered by a board of trustees. Although Judge Ripple now teaches on a part-time basis at the University, neither he nor the University contributes to the fund as a part of this arrangement.

2. Part-time professor, University of Notre Dame - With the approval of the Chief Judge, Judge Ripple taught one course in the Spring semester of 2004 and one course in the Fall semester. Details are set forth above in Section VIII, I.

V. Other Gifts

Union League Club of Chicago - The Club has extended signing privileges which permit Judge Ripple to use the Club facilities at the same cost as charged to members. This privilege is accorded to all Article III federal judges who sit in Chicago. The Union League Club charges a fee of $60.00 per month for use of these privileges. Regular non-resident dues are $195.00 per quarter.

The American Judicature Society gives all federal judges a complimentary membership. Annual dues are $60.00. Judge Ripple receives their publication.

The Federal Bar Association gives all federal judges an honorary membership. There are no dues for such members. Regular annual dues are $155.00

Various bar associations and similar legal groups have extended honorary memberships to Judge Ripple. He did not use these memberships during the reporting period. Details are therefore omitted in accordance with the instructions.

West Publishing Company supplies Judge Ripple with a sample set of the Federal Reporter and miscellaneous legal material for use in his chambers. The company makes these books available to all federal judges. The estimated value is $2,227.14. These materials are used for the performance of official duties.

Judge Ripple received sample text books from law school book publishers for the courses that he teaches at the University of Notre Dame. These books were received under established programs through which publishers send such books to all professors and asks the professors to consider the books for publication. Judge Ripple received these books under the same conditions as all other professors. Books were received from the following publishers. (The value shown is estimated from the published retail price of the book.)

Foundation Press - $93.50
Thomson West Publishers - $108.25
Harper Collins Publishers - $34.95

VII. Investments and Trusts

Item No. 1. This checking account was closed in 2004, all of the cash in the account last year that was received from the death of a family member was transferred into two trusts, Item Nos. 25 & 62.

Item No. 13. (Reported as Item #14 last year) This checking account was in the name of ███████████ and was used exclusively for the deposit of rents and payment of bills from the rental property owned by these individuals and reported as Item #14 (reported as Item #15 last year). The property was sold this year and the account was closed.

Item No. 14. This rental property owned by ███████████ was sold in 2004.

Item Nos. 17, 18 & 19. (Reported as Items 18, 19, 20 last year) As noted last year, although it is not entirely clear, it appears that the current version of the instructions requires the reporting of these policies. No dividends or interest are attributable to any individual policy of this type. Each policy does have a cash value; that value is noted.

Item No. 20. (Reported as Item #89 last year) Judge Ripple received a bequest upon the death of a family member. Trust #3 was liquidated and the proceeds transferred to line item #1.

Item Nos. 23 & 24. (Reported as Items 141 and 142 last year) The money in these accounts belongs to a non-dependent child. He has placed ███████ name on the accounts solely so that she can make transactions at his direction. No money of Judge or ███████ is included in these accounts.

Item No. 25. This trust was funded in 2004 in the name of Judge Ripple to hold the proceeds from the estate of the deceased family members.

Item No. 62. This trust was funded in 2004 in the name of ███████ to hold the proceeds from the estate of the deceased family members.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date  10 May 05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544